# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of

Information associated with an account ) 
associated with the user "Cody@daig.me" that is ) Case No. 19-sw-5455-NRN
stored at premises owned, maintained, )
controlled, or operated by Digital Ocean, a )
company headquartered at 101 6th Avenue, New )
York, NY 10013. more fully described in )
Attachment A, attached hereto, )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the <u>State and District of Colorado and elsewhere</u>,

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

The person or property to be searched, described above, is believed to conceal

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _May 8, 2019_
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _Magistrate Judge N. Reid Neureiter_.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _04/24/2019, 12:53 pm_                    _N. Reid Neureiter_
                                                                          *Judge's signature*

City and state: _Denver, Colorado_                     Magistrate Judge N. Reid Neureiter
                                                                    *Printed name and title*

| *Return* | | |
|---|---|---|
| *Case No.:* 19-sw-05455-NRN | *Date and time warrant executed:* April 24, 2019 @ 10:01 p.m. | *Copy of warrant and inventory left with:* In case file |

*Inventory made in the presence of :*
TFO Michael Thrapp, FBI RMSSTF

*Inventory of the property taken and name of any person(s) seized:*

Three compressed computer files

Droplet-115538508.raw - 3,316,543 KB

115538508-memory - 1,365,640 KB

Droplet-115538508.xml - 2 KB

were received via secure server download on May 14, 2019 by the undersigned.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*1:49 pm, Jun 19, 2019*
**JEFFREY P. COLWELL, CLERK**

*Certification*

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* June 12, 2019

*s/Christopher Pyler*
*Executing officer's signature*

TFO Christopher Pyler, FBI RMSSTF
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with an account associated with the user "Cody@daig.me" that is stored at premises owned, maintained, controlled, or operated by Digital Ocean, a company headquartered at 101 6th Avenue, New York, NY 10013.

## ATTACHMENT B

### Particular Things to be Seized

1. All records in the account described in Attachment A that relate to violations of 18 U.S.C. § 1039, Fraud in Connection with Obtaining Confidential Phone Records and involve Matthew Marre since January 1, 2018, including:

    a. stored or preserved copies of emails sent to and from email accounts with the "@cotf.us" domain, including draft or deleted emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email list and related identifying information;

    b. any stored data relating to precise location data (GPS), call detail records, or subscriber information received from cellular providers;

    c. all bank records, checks, credit card bills, account information, and other financial records related to Colorado PSE and/or fugitive recovery operations conducted by Marre.

2. Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

    As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been

1

created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.